Joan Tucker Fife (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Tel: 415-591-1000; Fax: 415-591-1400

Amanda C. Sommerfeld (SBN: 185052)
asommerf@winston.com
Monique Ngo-Bonnici (SBN: 241315)
mbonnici@winston.com
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700; Fax: 213-615-1750

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY C. HAYES, HECTOR CANTU, JUAN C. CARRILLO, MARCO A. CEVALLOS, JAMES C. HOGAN, GARY M. LIEBERMAN, ROBERT D. RICHARDS, CHARLES E. SHEA, TED E. VELASQUEZ, CHRISTOPHER ZUCKSCHWERDT, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 10-3887-SI <br><br> **DECLARATION OF VICTOR CHARLES IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF ROBERT D. RICHARDS** <br><br> **Related Cases:** <br> No. 08-3894 <br> No. 09-4044 <br> No. 09-5148 <br> No. 09-5150 <br> No. 09-5152 <br> No. 09-5154 <br> No. 09-5153 <br> No. 10-628 |

---

DECLARATION OF V. CHARLES IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF PLAINTIFF
ROBERT D. RICHARDS - CASE NO. 10-3887 (SI)

I, Victor Charles, declare as follows:

1. I am currently the Human Resources Business Partner for Terminix International, L.P. ("Terminix"). I have worked for Terminix since 1984 and served in my current position since 2008. Prior to 2008, I worked for Terminix as a Branch Manager, Regional Manager, Regional Sales manager, Divisional Sales Manager, Divisional Human Resources Manager, Training Director, and as the Vice President of Field Human Resources. I have personal knowledge of the facts herein, and if called as a witness could and would testify competently thereto.

2. In my position as the Human Resources Business Partner and as a result of my prior positions with Terminix, I am familiar with Terminix's policies and practices. In particular, I am familiar with the new hire process, including the agreements that newly hired employees are required to enter into in connection with their employment. I am also familiar with Terminix's practice of issuing revised agreements from time to time that employees may enter into in connection with their continued employment. As the Human Resources Business Partner, I am frequently involved in personnel issues, including hiring, discipline, and termination. As part of my responsibilities, I regularly review personnel files of Terminix employees in connection with performance, discipline and termination issues.

3. For at least the past eight years, Terminix has utilized the attached form of the standard Arbitration Agreement. Terminix gives this agreement to employees to execute in conjunction with the Employment Agreement, which incorporates the Arbitration Agreement by reference. A true and correct copy of the standard Arbitration Agreement in use today is attached hereto as Exhibit "A."

4. Plaintiff Robert D. Richards ("Richards") was employed by Terminix as an Outside Sales Professional ("OSP"). On or about July 21, 2003, Richards executed the standard Employment Agreement that was in use at the time, which incorporates and references the standard

DECLARATION OF V. CHARLES IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF PLAINTIFF
ROBERT D. RICHARDS - CASE NO. 10-3887 (SI)

Arbitration Agreement. A true and correct copy of the Employment Agreement executed by Richards is attached hereto as Exhibit "B" and a true and correct copy of the Arbitration Agreement signed by Richards on or about July 21, 2003, is attached hereto as Exhibit "C."

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 26, 2011, at Memphis, Tennessee.

*Victor Charles*

Victor Charles

3

DECLARATION OF V. CHARLES IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF PLAINTIFF ROBERT D. RICHARDS - CASE NO. 10-3887 (SI)