# EXHIBIT C



## ARBITRATION AGREEMENT
(Attachment to California Employment Agreement)

This Agreement is between Employer and Employee. In consideration for the promises and undertakings set forth below, Employer and Employee agree to the following terms:

1. **Agreement to Arbitrate All Employment Disputes.** Private arbitration is the referral of a dispute to an impartial third party, instead of a court or jury, for a final and binding decision. Any dispute arising out of Employee's employment with Employer, including termination of employment and all statutory claims, will be submitted to binding arbitration administered by the American Arbitration Association under its National Rules for the Resolution of Employment Disputes, or as mutually agreed. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. Employer and Employee each expressly waive entitlement, if any, to have any such dispute heard before a court or a jury.

2. **Time Limits for Initiating Arbitration.** In the case of a dispute involving statutory rights, either party may initiate arbitration by notifying the other in writing within the time limit established by statute. As to disputes not involving statutory rights, either party may, within one year of the occurrence of the event giving rise to the dispute, initiate arbitration by notifying the other in writing. Failure to initiate arbitration within such one-year period, or the applicable statutory period, or such extended period as may be mutually agreed upon in writing, will constitute a waiver of any and all claims and such claims will be forever barred.

3. **Selection of the Arbitrator.** Both parties will attempt to agree upon a mutually acceptable arbitrator from the American Arbitration Association's (or other mutually agreeable arbitration association/group) national employment panel. If they are unable to agree upon an arbitrator, then an arbitrator will be selected in accordance with the then-current National Rules for the Resolution of Employment Disputes of the American Arbitration Association.

4. **Arbitrator's Authority.** The arbitration will be conducted according to the National Rules for the Resolution of Employment Disputes of the American Arbitration Association. The arbitrator will base the decision on the facts presented at the hearing and in accordance with governing law, including statutory and judicial authority. The arbitrator shall issue a written decision, which will contain the essential findings and conclusions on which the decision is based. The arbitrator's decision will be final and binding upon both parties. The parties are entitled to all remedies allowed by statute that would have been available had the party brought the matter in court. The Employee shall bear only those costs of arbitration that he or she would have borne if the Employee brought a claim covered by this Agreement in court.

5. **Arbitrable Claims.** The parties understand that, except as otherwise provided by law, this Agreement applies to all claims, including, but by no means limited to, claims for breaches of any contract (express or implied), discrimination, torts, and/or claims based upon any federal, state or local ordinance, statute, regulation, constitutional provision, or any other law

6. **Right of Representation.** All parties are entitled to representation by counsel or by any other person whom the party designates.

7. **Discovery.** The parties may engage in discovery to the extent permitted under the National Rules for the Resolution of Employment Disputes of the American Arbitration Association. The arbitrator will rule on all discovery disputes and may limit discovery to that reasonably necessary to arbitrate the issues presented.

8. **Right to File Administrative Complaint.** Nothing in the Agreement will prevent Employee from filing a complaint with the Equal Employment Opportunity Commission, or any other federal or state agency charged with protecting the rights of Employee.

9. **Governing Law.** This Agreement will be governed and construed in accordance with the Federal Arbitration Act; provided, however, to the extent substantive state law is applicable, the laws of the State of Tennessee shall apply [without regard to state conflict laws].

10. **Integration.** This document and the Employee's Employment Agreement reflect the parties' full and final agreement regarding the manner in which they will resolve claims.

11. **Survivability.** This Agreement will continue in full force and effect for the duration of the Employee's employment with the Company and shall continue thereafter until termination through a written instrument signed by both parties. This Agreement, however, does not extend or waive any statutes of limitations or other provisions of law that specify the time within which any claim must be brought.

THE TERMINIX INTERNATIONAL
COMPANY L.P.

BY: _____
SIGNATURE

_____
TITLE

_Robert A. Richards_
EMPLOYEE SIGNATURE

ROBERT A. RICHARDS
EMPLOYEE NAME (PRINT)

7-21-03
DATE