NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY C. HAYES, HECTOR CANTU, JUAN C. CARRILLO, MARCO A. CEVALLOS, JAMES C. HOGAN, GARY M. LIEBERMAN, ROBERT D. RICHARDS, CHARLES E. SHEA, TED E. VELASQUEZ, CHRISTOPHER ZUCKSCHWERDT<br><br>Plaintiffs,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., AND TERMINIX INTERNATIONAL, INC., AND DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:10-cv-3887-SI<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties, hrough their counsel, hereby agree and stipulate to the voluntary dismissal with

-1-

prejudice of the individual actions of JUAN C. CARRILLO, MARCO A. CEVALLOS, GARY LIEBERMAN, ROBERT D. RICHARDS and CHRISTOPHER ZUCKSCHWERDT.

DATED: February 29, 2012.

HERSH & HERSH
A Professional Corporation

By _____
MARK BURTON, JR., ESQ.
Attorneys for Plaintiffs

Dated: 4/12/12

WINSTON & STRAWN LLP

By: _____
JOAN B. TUCKER FIFE
Attorneys for Defendants

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 4/17/12

By: _____
HONORABLE SUSAN ILLSTON
United States District Court Judge